FORM 13

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by _____Eric R. Rock of Rock Trade Law LLC_____
(Name of attorney of record)
on behalf of _____TERRYBEAR, LLC DBA TERRYBEAR URNS & MEMORIALS_____ in the matter of _____TERRYBEAR, LLC DBA TERRYBEAR URNS & MEMORIALS_____ v. _____United States, et al_____,
Court No. __25-cv-00334__.

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below the entity's parent corporation(s), all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

The parent company is Terrybear Holdings, LLC, a privately-held company.

2. Indicate whether the party on whose behalf this Form is being filed is [ **X** ] or is not [   ] the real party in interest. If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association. (Attach additional pages if necessary.)

N/A

_(signature)_                                                                   December 3, 2025
(Signature of Attorney)                                                              (Date)

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)