## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TERRYBEAR, LLC DBA TERRYBEAR URNS & MEMORIALS,<br><br>       Plaintiff,<br><br>       v.<br><br>The UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, in his official capacity as Commissioner of United States Customs and Border Protection; DONALD J. TRUMP, in his official capacity as President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; JAMIESON GREER, in his official capacity as United States Trade Representative; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, in his official capacity as Secretary of Commerce,<br><br>       Defendants. | Court No. 25-00334 |

## ORDER OF ASSIGNMENT

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani.

                  /s/ Mark A. Barnett
                  Mark A. Barnett
                  Chief Judge

Dated: December 11, 2025